August 29, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MARMIC PROPRTIES, L.L.C., Appellant

NO. 14-12-00312-CV                    V.

SILVERGLEN TOWN-HOMES HOMEOWNERS ASSOCIATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Silverglen Town-homes Homeowners Association, signed January 23, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Marmic Properties, L.L.C., to pay all costs incurred in this appeal. We further order this decision certified below for observance.